# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10cv639-MOC-DCK

| | |
|---|---|
| JANICE LAND, ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| Vs. ) | **ORDER ADOPTING** |
| ) | **RECOMMENDATION** |
| GENPAK LLC, ) | **OF MAGISTRATE JUDGE** |
| ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on review of a Memorandum and Recommendation by the Honorable David C. Keesler, United States Magistrate Judge, recommending that the court grant Defendant's motion to dismiss Plaintiff's claims. [Doc. 17] Plaintiff filed a timely objection to the Memorandum and Recommendation.[1] [Doc. 19.]

## FINDINGS AND CONCLUSIONS

**I.   Applicable Standard**

The Federal Magistrate Act provides that "a district court shall make a *de novo* determination of those portions of the report or specific proposed findings or

---

[1] Plaintiff asserts merely conclusory objections stating that she is entitled to relief, and she wholly fails to direct the court to a specific error in the magistrate judge's proposed findings and recommendations. Thus, *de novo* review is not required.

recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983). However, "when objections to strictly legal issues are raised and no factual issues are challenged, *de novo* review of the record may be dispensed with." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Similarly, *de novo* review is not required by the statute "when a party makes general or conclusory objections that do not direct the court to a specific error in the magistrate judge's proposed findings and recommendations." *Id.* Moreover, the statute does not on its face require any review at all of issues that are not the subject of an objection. *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Camby*, 718 F.2d at 200. Nonetheless, a district judge is responsible for the final determination and outcome of the case.

II. Discussion

After a careful review of the magistrate judge's recommendation on the motion to dismiss, I find that the magistrate judge correctly determined that dismissal is appropriate. Thus, the court will adopt the M&R of the magistrate judge as its own.

ORDER

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation (#17) is **ADOPTED** in its entirety.

Signed: July 14, 2011

Max O. Cogburn Jr.
United States District Judge