# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Janice Land,

    Plaintiff,                                   JUDGMENT IN A CIVIL CASE

vs.                                                3:10-cv-639-MOC

Genpak, LLC,

    Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 14, 2011 Order.

Signed: July 14, 2011

_____
Frank G. Johns, Clerk
United States District Court